DISMISS; Opinion Filed January 25, 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01604-CR

**SEAN RICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 10CL-0268**

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
121604F.U05